# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| JESSICA McCLAIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 05-2229 D/An |
| ) | |
| SPRINT CORPORATION; ) | Judge Bernice B. Donald |
| CELLCO PARTNERSHIP d/b/a ) | |
| VERIZON WIRELESS ) | CLASS ACTION |
| CINGULAR WIRELESS LLC; and ) | |
| T-MOBILE, USA, INC. ) | **JURY DEMANDED** |
| ) | |
| Defendants. ) | |

FILED  
05 APR 27 AM ...

ROBERT R. DI ...  
CLERK, U.S. DI ...T.  
W.D. OF TN, MEMPHIS

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Defendants Sprint Corporation, Cellco Partnership d/b/a Verizon Wireless, Cingular Wireless LLC and T-Mobile USA, Inc. (collectively, "Defendants") have moved this Court for an extension of time within which to answer or otherwise respond to the First Amended Class Action Complaint through and including May 16, 2005.[1]  The Court is otherwise sufficiently advised.

**IT IS HEREBY ORDERED** that Defendants shall have up to and including May 16, 2005 within which to answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint.

Entered this 21st day of April, 2005.

S. Thomas Anderson  USMT  
~~Hon. Bernice B. Donald~~  
~~Judge, U.S. District~~ Court

---

[1] The First Amended Class Action Complaint was served before the Defendants were required to respond to the Plaintiff's original Class Action Complaint and, therefore, no response to the original Class Action Complaint is required.

Tendered by:

*David Esquivel w/ permission by [signature]*
David R. Esquivel (# 21459)
BASS, BERRY & SIMS PLC
Suite 2700 AmSouth Center
315 Deaderick Street
Nashville, TN 37238-3001
Tel: (615) 742-6200
*Attorneys for T-Mobile USA, Inc.*

*Glen Reid w/ permission by [signature]*
Glen G. Reid (#8184)
John S. Wilson, III (#018288)
WYATT, TARRANT & COMBS, LLP
Suite 800
1715 Aaron Brenner Drive
Memphis, TN 38120
Tel: (901) 537-1000
*Attorneys for Cellco Partnership,
d/b/a Verizon Wireless*

*Lisa Martin w/ permission by [signature]*
Charles C. Harrell (#5886)
Lisa M. Martin (#23314)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Tel: (901) 680-7327
*Attorneys for Cingular Wireless LLC*

*Mark Glover w/ permission by [signature]*
R. Mark Glover (#6807)
Andrew L. Colocotronis (#17052)
Misty Smith Kelley (#19450)
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Tel.: (901) 577-2222
*Attorneys for Sprint Corporation*

2

2561318.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02229 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Timothy M. Pierce
MONTGOMERY THOMPSON & PIERCE
11819 Kingston Pike
Suite A
Knoxville, TN 37922

Aaron M. Panner
KELLOGG HUBER HANSEN TODD EVANS & FIGEL
1615 M. Street N.W. Suite 400 00
Washington, DC 20036--320

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Misty Smith Kelley
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael A. Jaynes
LAW OFFICE OF MICHAEL A. JAYNES, P.C.
2790 N. Highland Ave.
Ste. A
Jackson, TN 38305

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Michael J. Guzman
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M. Street, N.W.  Suite 400
Washington, DC 20036--320

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Reid M. Figel
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M. Street N.W.
Washington, DC 20036--320

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Paul Berry Cooper
DEAL, COOPER, & HOLTON, PLLC
296 Washington Ave.
Memphis, TN 38103

Andrew L. Colocotronis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38013

Gordon Ball
LAW OFFICE OF GORDON BALL
550 West Nations Bank Ave.
Knoxville, TN 37902

Honorable Bernice Donald
US DISTRICT COURT