IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 25 PM 2: 31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JESSICA McCLAIN, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No.: 05-2229 D/An |
| SPRINT CORPORATION; ) | Judge Bernice B. Donald |
| CELLCO PARTNERSHIP d/b/a ) | |
| VERIZON WIRELESS ) | CLASS ACTION |
| CINGULAR WIRELESS LLC; and ) | |
| T-MOBILE, USA, INC. ) | JURY DEMANDED |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Defendants Sprint Corporation, Cellco Partnership d/b/a Verizon Wireless and T-Mobile USA, Inc. (collectively, "Moving Defendants") have moved this Court for an extension of time within which to answer or otherwise respond to the First Amended Class Action Complaint (the "Complaint"). Plaintiffs do not object to the Moving Defendants' motion for an extension of time. The Court is otherwise sufficiently advised.

**IT IS HEREBY ORDERED** that the Moving Defendants shall have through and including thirty (30) days after a ruling on Plaintiffs' motion to remand within which to serve their responses to the Complaint.

Entered this 25th day of May, 2005.

S. Thomas Anderson USMJ

~~Hon. Bernice B. Donald~~
~~Judge, U.S. District Court~~

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-2-05

16

Tendered by:

*[signed] David R. Esquivel (w/ permission by M/ Herrous - 20136)*
David R. Esquivel (# 21459)
BASS, BERRY & SIMS PLC
Suite 2700 AmSouth Center
315 Deaderick Street
Nashville, TN 37238-3001
Tel: (615) 742-6200
*Attorneys for T-Mobile USA, Inc.*

*[signed] Glen G. Reid (w/ permission by M/ Herrous - 20136)*
Glen G. Reid (#8184)
John S. Wilson, III (#018288)
WYATT, TARRANT & COMBS, LLP
Suite 800
1715 Aaron Brenner Drive
Memphis, TN 38120
Tel: (901) 537-1000
*Attorneys for Cellco Partnership,
d/b/a Verizon Wireless*

*[signed] R. Mark Glover (w/ permission by M/ Herrous - 20136)*
R. Mark Glover (#6807)
Andrew L. Colocotronis (#17052)
Misty Smith Kelley (#19450)
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Tel.: (901) 577-2222
*Attorneys for Sprint Corporation*

2

2573683.2

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02229 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Gordon Ball
LAW OFFICE OF GORDON BALL
550 West Nations Bank Ave.
Knoxville, TN 37902

Andrew L. Colocotronis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38013

Michael A. Jaynes
LAW OFFICE OF MICHAEL A. JAYNES, P.C.
2790 N. Highland Ave.
Ste. A
Jackson, TN 38305

Reid M. Figel
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M. Street N.W.
Washington, DC 20036--320

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Aaron M. Panner
KELLOGG HUBER HANSEN TODD EVANS & FIGEL
1615 M. Street N.W. Suite 400 00
Washington, DC 20036--320

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Misty Smith Kelley
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Larry Killebrew
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

Michael J. Guzman
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M. Street, N.W.  Suite 400
Washington, DC 20036--320

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Paul Berry Cooper
DEAL, COOPER, & HOLTON, PLLC
296 Washington Ave.
Memphis, TN 38103

Timothy M. Pierce
MONTGOMERY THOMPSON & PIERCE
11819 Kingston Pike
Suite A
Knoxville, TN 37922

Honorable Bernice Donald
US DISTRICT COURT