IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JESSICA McCLAIN, et al. )
)
Plaintiffs, )
)
v. ) Case No.: 05-2229 D/An
)
SPRINT CORPORATION; ) Judge Bernice B. Donald
CELLCO PARTNERSHIP d/b/a )
VERIZON WIRELESS ) CLASS ACTION
CINGULAR WIRELESS LLC; and )
T-MOBILE, USA, INC. ) JURY DEMANDED
)
Defendants. )

**MOTION GRANTED**
DATE: 6-1-2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

## MOTION TO SUSPEND DEADLINES AND CONTINUE THE JUNE 8, 2005 SCHEDULING CONFERENCE

Defendants Sprint Corporation, Cellco Partnership d/b/a Verizon Wireless, and T-Mobile USA, Inc. ("Moving Defendants") hereby move this Court to (i) suspend the deadline within which to submit a proposed scheduling order, (ii) suspend the deadline within which the parties must meet and confer pursuant to Rule 26(f) and to serve Rule 26(a)(i) initial disclosures; and (iii) continue this Court's June 8, 2005 Rule 16 Scheduling Conference.

## MEMORANDUM OF FACTS AND LAW IN SUPPORT OF MOTION TO SUSPEND DEADLINES AND CONTINUE THE JUNE 8, 2005 SCHEDULING CONFERENCE

Moving Defendants respectfully submit this Memorandum of Facts and Law in support of their motion, pursuant to Local Rule 7.2(a)(1).

Plaintiff Jessica McClain filed her original Class Action Complaint in Shelby Circuit Court, which action was timely removed to this Court on March 25, 2005. The Court's May 4, 2005 Notice of Setting provided deadlines for the parties to meet and confer pursuant to Rule 26(f), make Rule 26(a)(1) initial disclosures, submit a proposed scheduling order by May 31,

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-8-05

23

2005 and attend a Rule 16(b) Scheduling Conference on June 8, 2005. *See* the Notice of Setting (Docket No. 6). On May 16, 2005, Defendants filed motions to stay the proceedings. (Docket Nos. 7 and 11). Defendant Cingular Wireless, LLC also filed a motion to compel arbitration on May 16, 2005. (Docket No. 7). Plaintiffs filed a motion to remand on May 17, 2005. (Docket No. 13). These motions are still pending. Further, on May 24, 2005, the Clerk of the Judicial Panel on Multidistrict Litigation filed a Conditional Transfer Order transferring this case to the Southern District of New York, pursuant to 28 U.S.C. § 1407. A copy of the Conditional Transfer Order is attached at Exhibit A. Pending the Court's resolution of these motions, the Moving Defendants respectfully request that this Court (i) suspend the deadline within which to submit a proposed scheduling order, (ii) suspend the deadline within which the parties must meet and confer pursuant to Rule 26(f) and to serve Rule 26(a)(i) initial disclosures; and (iii) continue this Court's June 8, 2005 Rule 16 Scheduling Conference. Plaintiffs' counsel has informed Moving Defendants that Plaintiffs stand on their motion to remand and do not believe anything should be done in this case pending a resolution of their motion to remand by the District Court.

## Local Rule 7.2 Certificate of Consultation by Counsel

Pursuant to Local Rule 7.2(a)(1)(B), the undersigned counsel hereby certifies that R. Dale Grimes, on behalf of the Moving Defendants, consulted with W. Gordon Ball, counsel for Plaintiffs, via telephone on May 31, 2005 regarding the relief requested herein. Mr. Ball indicated that Plaintiffs stand on their motion to remand and do not believe anything should be done in this case pending a resolution of their motion to remand by the District Court.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02229 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael J. Guzman
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M. Street, N.W.  Suite 400
Washington, DC 20036--320

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Reid M. Figel
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M. Street N.W.
Washington, DC 20036--320

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Andrew L. Colocotronis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38013

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Gordon Ball
LAW OFFICE OF GORDON BALL
550 West Nations Bank Ave.
Knoxville, TN 37902

Larry Killebrew
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

Misty Smith Kelley
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael A. Jaynes
LAW OFFICE OF MICHAEL A. JAYNES, P.C.
2790 N. Highland Ave.
Ste. A
Jackson, TN 38305

Timothy M. Pierce
MONTGOMERY THOMPSON & PIERCE
11819 Kingston Pike
Suite A
Knoxville, TN 37922

Paul Berry Cooper
DEAL, COOPER, & HOLTON, PLLC
296 Washington Ave.
Memphis, TN 38103

Aaron M. Panner
KELLOGG HUBER HANSEN TODD EVANS & FIGEL
1615 M. Street N.W. Suite 400 00
Washington, DC 20036--320

Honorable Bernice Donald
US DISTRICT COURT