# IN THE UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JESSICA MCCLAIN,

    Plaintiff,

vs.

                              Case No. 05-2229 D

SPRINT CORPORATION, et al.,

    Defendants.

## ORDER ADMINISTRATIVELY CLOSING CASE

It appears to the court that this matter has been conditionally transferred to the MDL panel as part of MDL-1513. In the interest of judicial economy, this court will defer to the transferee court to decide pending motions. This court, therefore, will administratively close the above-captioned case pursuant to its inherent powers as it appears that no further case administration is warranted at this time.

It is expressly emphasized that an order administratively closing a case is purely an administrative device for the convenience of the court and in nowise affects the substantive and/or procedural rights of the parties in interest to proceed before this court at a later date. To administratively close a case merely means to close a case for statistical purposes in the office of the District Court Clerk and the Administrative Office of the United States Courts.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-8-05

It also is expressly emphasized that an administratively closed case can be easily reopened by a simple order of the court without the necessity of a reopening filing fee should the case require further administration. Upon its reopening, the case then becomes, ipso facto, a statistically active case and resumes the same status it had before the administrative closing without prejudice to the rights of any party in interest. Accordingly,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The Court Clerk is directed, consistent with the foregoing, to administratively close this case in his records without prejudice to the substantive and/or procedural rights of any party in interest to move at a later time to reopen the case for good cause, including the entry of any stipulation or order, or for any other purpose required to obtain a final determination of pending litigation.

2. In the event a party in interest files a motion at a later time seeking to reopen this administratively closed case, no reopening filing fee shall be required.

3. The Clerk is expressly directed to docket any order of dismissal immediately upon receipt.

**IT IS SO ORDERED** this _2nd_ day of _June_, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02229 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Aaron M. Panner
KELLOGG HUBER HANSEN TODD EVANS & FIGEL
1615 M. Street N.W. Suite 400 00
Washington, DC 20036--320

Michael J. Guzman
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M. Street, N.W.  Suite 400
Washington, DC 20036--320

Larry Killebrew
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Misty Smith Kelley
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gordon Ball
LAW OFFICE OF GORDON BALL
550 West Nations Bank Ave.
Knoxville, TN 37902

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael A. Jaynes
LAW OFFICE OF MICHAEL A. JAYNES, P.C.
2790 N. Highland Ave.
Ste. A
Jackson, TN 38305

Reid M. Figel
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M. Street N.W.
Washington, DC 20036--320

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Andrew L. Colocotronis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38013

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Timothy M. Pierce
MONTGOMERY THOMPSON & PIERCE
11819 Kingston Pike
Suite A
Knoxville, TN 37922

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Paul Berry Cooper
DEAL, COOPER, & HOLTON, PLLC
296 Washington Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT