A CERTIFIED TRUE COPY
OCT 1 8 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

05 CV 9088

JUDGE COTE

DOCKET NO. 1513

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 1 8 2005

FILED
CLERK'S OFFICE

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE WIRELESS TELEPHONE SERVICES ANTITRUST LITIGATION*

*Jessica McClain, et al. v. Sprint Corp., et al.,* **W.D. Tennessee, C.A. No. 2:05-2229**

**BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR.,[*] KATHRYN H. VRATIL[*] AND DAVID R. HANSEN, JUDGES OF THE PANEL**

*TRANSFER ORDER*

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in this Western District of Tennessee action. These plaintiffs seek to vacate the Panel's order conditionally transferring their action to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Defendants in the action – Cellco Partnership d/b/a Verizon Wireless; Cingular Wireless, LLC; Sprint Corporation; and T-Mobile, USA, Inc. – along with MDL-1513 defendant AT&T Wireless Services, Inc., oppose the motion and urge inclusion of the action in the MDL-1513 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that this action involves common questions of fact with the actions in this litigation previously transferred to the Southern District of New York, and that transfer of this action to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Southern District of New York was a proper Section 1407 forum for actions involving allegations that the leading national wireless telephone carriers wrongfully tied the sale of wireless telephone services to the sale of telephone handsets and monopolized the market for sales of handsets to their respective subscribers, among other things. *See In re Wireless Telephone Services Antitrust Litigation,* 249 F.Supp.2d 1379 (J.P.M.L. 2003). The motion for remand to state court can be presented to and decided by the transferee court. *See, e.g., In re Ivy,* 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*] Judges Motz, Miller and Vratil took no part in the decision of this matter.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _Jessica Doss_
DEPUTY CLERK

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Denise Cote for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

/s/ Wm. Terrell Hodges

Wm. Terrell Hodges
Chairman

# INVOLVED COUNSEL LIST
## DOCKET NO. 1513
## IN RE WIRELESS TELEPHONE SERVICES ANTITRUST LITIGATION

W. Gordon Ball
Ball & Scott
550 Main Avenue
Bank of America
Suite 750
Knoxville, TN 37902-2567

Andrew L. Colocotronis
Baker, Donelson, Bearman, Caldwell & Berkowitz
First Tennessee Bank Building
165 Madison Avenue
Suite 2000
Memphis, TN 38103

Paul Berry Cooper, III
Deal, Cooper & Holton, PLLC
296 Washington Avenue
Memphis, TN 38103

David R. Esquivel
Bass, Berry & Sims
Amsouth Center
315 Deaderick Street
Suite 2700
Nashville, TN 37238-0002

Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Michael A. Jaynes
Law Office of Michael A. Jaynes, P.C.
Highland Place Office Park, Suite A
2790 North Highland Avenue
Jackson, TN 38305

Larry Killebrew
Butler, Snow, O'mara, Stevens & Cannada, PLLC
P. O. Box 171443
Memphis, TN 38187-1443

Aaron M. Panner
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLC
1615 M Street, NW
Suite 400
Washington, DC 20036

Timothy M. Pierce
Montgomery Thompson & Pierce
11819 Kingston Pike
Suite A
Knoxville, TN 37922

Glen G. Reid, Jr.
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38120-4367

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CV-02229 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Gordon Ball
LAW OFFICE OF GORDON BALL
550 West Nations Bank Ave.
Knoxville, TN 37902

Andrew L. Colocotronis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38013

Misty Smith Kelley
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Reid M. Figel
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M. Street N.W.
Washington, DC 20036--320

Michael A. Jaynes
LAW OFFICE OF MICHAEL A. JAYNES, P.C.
2790 N. Highland Ave.
Ste. A
Jackson, TN 38305

Timothy M. Pierce
MONTGOMERY THOMPSON & PIERCE
11819 Kingston Pike
Suite A
Knoxville, TN 37922

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Larry Killebrew
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

Aaron M. Panner
KELLOGG HUBER HANSEN TODD EVANS & FIGEL
1615 M. Street N.W. Suite 400 00
Washington, DC 20036--320

Michael J. Guzman
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M. Street, N.W.  Suite 400
Washington, DC 20036--320

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Paul Berry Cooper
DEAL, COOPER, & HOLTON, PLLC
296 Washington Ave.
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT